IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:18CR264 RWS (PLC) |
| | ) |
| HEATHER MCDORMAN | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE MOTION UNDER SEAL

COMES NOW defendant HEATHER MCDORMAN, through her attorney, Lucille G. Liggett, Assistant Federal Public Defender, and requests leave to file a motion under seal.  The motion is Defendant's Motion for a Mental Health Evaluation to determine the Issue of Competency.    Defendant requests leave to file under seal because the motion contains personal information about McDorman.  Counsel will email a copy of the motion to Counsel for the Government.

WHEREFORE, Defendant prays this Court grant her leave to file a motion under seal.

Respectfully submitted,

/s/Lucille G. Liggett
LUCILLE G. LIGGETT
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Lucy_Liggett@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Colleen Lang, Assistant United States Attorney.

/s/Lucille G. Liggett
LUCILLE G. LIGGETT
Assistant Federal Public Defender