IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18CR264 RWS ) |
| HEATHER MCDORMAN | ) ) |
| Defendant. | ) |

## SECOND MOTION TO CORRECT SENTENCE AND JUDGMENT

COMES NOW defendant HEATHER MCDORMAN, through her attorney, Lucille G. Liggett, Assistant Federal Public Defender, and pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure, requests this Court correct the Sentence and Judgment to include the following information in the Imprisonment Section on Page 3 of the Judgment:

The sentence of 288 months reflects an adjustment under USSG §5G1.3(b)(1) from a sentence of 300 months for the twelve months Defendant was in primary state custody in Cause Nos. 18SL-CR01830 and 18JE-CR03111 before transfer to primary federal custody.

Respectfully submitted,

/s/Lucille G. Liggett
LUCILLE G. LIGGETT, #34589MO
Assistant Federal Public Defender
1010 Market Street, Suite 200

        St. Louis, Missouri 63101
        Telephone: (314) 241-1255
        Fax: (314) 421-3177
        E-mail: Lucy_Liggett@fd.org

        ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Colleen Lang, Assistant United States Attorney.

        /s/Lucille G. Liggett
        LUCILLE G. LIGGETT, #34589MO
        Assistant Federal Public Defender