RECEIVED
AUG 09 2021
BY MAIL

Heather Lynn McDorman
47689-044
Federal Correctional Institution
PO Box 4000
Aliceville AL 35442

08·02·2021

United States District Court
Attn: Clerk of the Court.
111 South 10th Street
St. Louis, MO. 63102

RE: UNITED STATES V. HEATHER LYNN McDorman
Case No.: 4:18-cr-00264-RWS

Dear Clerk,

At this time, I am requesting a copy of the Criminal Docket Sheet, in the above styled case. Please find enclosed S.A.S.E. for your Convenience.

Thank you in advance for your continued assistance.

Sincerely,

Heather Lynn McDorman
Heather Lynn McDorman

Heather McDorman
Federal Correctional Institution
PO Box 4000
Aliceville AL. 35442

BIRMINGHAM AL 350
3 AUG 2021 PM 5 L



United States District Court.
Attn: Clerk of the Court
111 South 10th Street
St. Louis, MO 63102

**RECEIVED**
AUG 09 2021
**BY MAIL**

63102-112599