Heather Lynn Mcdorman
Reg # 47689-044
Federal Correctional Institution
P.O. Box 4000
Aliceville, Al, 35442

RECEIVED SEP 21 2021 BY MAIL

4:18CR264 RWS

9-14-21

U.S. district court
Attn: Clerk of the court
111 South 10th St.
St. Louis, MO, 63102

Dear Clerk,
My name is Heather Mcdorman & I'm needing a copy of the 2255 motion since I am on lock down & have no access to the legal library to get a copy. Thank you.

Heather Mcdorman

Hather McLorman - 47694-044
Federal Correctional Institution
Aceville
P.O. box 4000
Aceville, Al, 35442

RECEIVED BY MAIL
SEP 21 2021

BIRMINGHAM AL 350
15 SEP 2021 PM 2 L

U.S. District Court
Attn: Clerk of the court
111 South 10th St.
St. Louis, MO, 63102