Shannon L White, CRR RMR
Official Court Reporter
U.S. District Court
111 South 10th Street, 3rd Floor
St. Louis, MO  63102

October 5, 2021

Heather McDorman, Reg No. 47689-044
Federal Correctional Institution
P.O. Box 4000
Aliceville, AL  35442

In re:  USA v Heather McDorman, Sentencing Hearing 10-30-20,
Cause No. 4:18-CR-264 RWS

Dear Ms. McDorman:

I was forwarded your letter requesting a copy of your sentencing transcript.  The sentencing hearing was held on 10-30-10.  It is a total of 15 pages @ $3.65 per page, for a total cost of $54.75.  That includes the mandatory Local Rule 13.05 sealed bench conference that is held in every plea and sentencing hearing.  That will not be sent to you but will be filed and docketed in your case and placed under seal.

Advance payment is required in the form of a certified check or money order made out to me, Shannon L. White, in the amount of the $54.75.   Upon receipt of payment, the transcript will be filed and sent within 30 days.  Please **do not** make the check payable to the US District Court or Clerk of Court.  This letter will be docketed in your case.

Sincerely,


Shannon L. White,
Official Court Reporter